COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-07-452-CR

 

 

VICTOR BORJAS SOTO

A/K/A VICTOR BARJAS
SOTO                                               APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM
THE 371ST DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








On November 26, 2007,
appellant Victor Borjas Soto a/k/a Victor Barjas Soto pled guilty to aggravated
assault with a deadly weapon pursuant to a plea bargain.  In accordance with the plea bargain, the
trial court sentenced him to ten years= confinement.  Although
appellant timely filed a notice of appeal in this court, the trial court=s certification of his right to appeal shows that this case Ais a plea-bargain case, and [appellant] has NO right of appeal.@

On December 14, 2007, we sent
a letter to appellant=s
court-appointed counsel informing him of the trial court=s certification and giving appellant, or any party desiring to
continue the appeal, until December 27, 2007 to file a response showing grounds
for continuing the appeal.  See Tex. R. App. P. 25.2(a)(2).  We stated that the appeal would be dismissed
unless we received such a response.  See
Tex. R. App. P. 44.3.  On January 7, 2007, we received a letter from
appellant=s counsel,
in which he agreed that appellant has no right of appeal and dismissal is
appropriate.

Accordingly, we dismiss this
appeal.  See Tex. R. App. P. 25.2(d), 43.2(f); Chavez
v. State, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); Jackson v. State,
168 S.W.3d 239, 243 (Tex. App.CFort Worth 2005, no pet.).

 

                                                        PER
CURIAM

PANEL D:   LIVINGSTON,
DAUPHINOT, and HOLMAN, JJ.

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: February 7, 2008











[1]See Tex. R. App. P. 47.4.